IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action Number: 18-cv-_____

CHRIS ROOKER, and
TERESA ROOKER,

    Plaintiffs,

v.

AIRSTREAM, INC.,

    Defendant.

---

## COMPLAINT AND JURY DEMAND

---

Plaintiffs Chris Rooker and Teresa Rooker (the "Rookers"), by and through their attorneys, Fairfield and Woods, P.C. and for their complaint against Defendant Airstream, Inc. ("Airstream"), allege as follows:

### THE PARTIES, JURISDICTION, AND VENUE

1. The Rookers reside in the City and County of Denver, Colorado.

2. Airstream is a Nevada corporation with its principal place of business in the State of Ohio.

3. Subject matter jurisdiction is proper pursuant to 28 U.S.C. §1332 (diversity), as the Rookers and Airstream are residents of different states and the amount in controversy exceeds $75,000.

4. Venue is proper in this District of Colorado because the acts complained of occurred here.

## GENERAL ALLEGATIONS

5. On or about July 17, 2017, the Rookers bought a 2018 Airstream Interstate 3500, Vehicle Serial No. WDAFF4CD4GP362500 (the "Vehicle").

6. The purchase price of the Vehicle, including all costs, was $163,714.85.

7. In connection with the purchase of the Vehicle, the Rookers were provided a manufacturer's warranty (the "Warranty").

8. Since its purchase, the Vehicle has had repeated recurring problems, including without limitation the battery/battery charging system, awning, screen, step ladder, air-conditioning, water heater, and gray and black tanks have not worked correctly.

9. Without limiting the generality of the foregoing, the Vehicle has been out of service because the battery would not accept a charge on the following occasions:

   a. July 20, 2017;
   b. August 4, 2017;
   c. Sept 22, 2017;
   d. December 16, 2017; and
   e. December 27, 2017.

10. On each of the above occasions, the Rookers brought the Vehicle in for repair, but the problem with the battery not holding a charge was not corrected.

11. To this day, the problem with the battery not holding a charge has not been corrected.

12. To this day, the other defects listed in ¶8 above have also not been corrected.

## FIRST CLAIM FOR RELIEF
(Breach of Warranty)

13. The Rookers incorporate all preceding paragraphs of this Complaint as if fully set forth herein.

14. The Vehicle had numerous defects, including that its battery will not hold a charge.

15. The battery and battery charging system are covered by the Warranty.

16. Airstream had a reasonable opportunity to correct the problem of battery not holing a charge.

17. Airstream has failed to correct the problem of the battery not holding a charge.

18. Airstream has also had a reasonable opportunity to correct the other defects listed in ¶8 above.

19. Pursuant to 15 U.S.C. §2301 (the Magnuson-Moss Warranty Act), Airstream has breached the Warranty.

20. As a result, the Rookers have been unable to use the Vehicle in any meaningful way.

21. Airstream, through its authorized agent, has also failed to correct the defects with the awning, screen, step ladder, air-conditioning, water heater, and gray and black tanks.

22. The Rookers have been damaged in an amount to be proven at trial.

23. All conditions precedent to the bringing of this action have been satisfied or waived.

WHEREFORE, Chris and Teresa Rooker pray that this Court grant them damages in an amount to be proven at trial, require Airstream to re-purchase the Vehicle, award them costs and

attorneys' fees, pre- and post-judgment interest, and grant them such other and further relief as the court deems just and proper.

## JURY DEMAND

The Rookers hereby demand a jury for all claims so triable.

Dated this 22nd day of February, 2018.

> FAIRFIELD AND WOODS, P.C.
> ORIGINAL SIGNED COPY ON FILE
>
> By: *s/ John M. Tanner*
> John M. Tanner
> 1801 California Street, Suite 2600
> Denver, CO 80202
> Telephone: (303) 894-4495
> E-mail: jtanner@fwlaw.com
>
> ATTORNEYS FOR PLAINTIFFS CHRIS ROOKER AND TERESA ROOKER

<u>Address of Plaintiffs</u>
167 Monroe Street
Denver, CO 80206